```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTONIO POWELL,

                        Plaintiff,                    07 Civ. 1425(PKC)

    -against-                                ORDER

AVON PRODUCTS.

                        Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

       The above action has been reassigned to the undersigned. The parties are directed to consult the undersigned's Individual Practices (available on the Court's website). It appears that the action has been pending for over two years. Discovery should have been completed. There appear to be a fully submitted summary judgment motion pending (Docket #9).

       Each side's counsel is directed to deliver courtesy copies of all of their submissions regarding the motion within five days of this Order.

       All counsel are directed to appear for oral argument of the motion on June 16 at 11:00 am in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         June 5, 2009